Cecilia Kendziora, appellee, v. Morris Albin, appellant. Gen. No. 33,332.

Opinion filed June 26, 1929.

Max C. Liss and H. A. Kaufman, for appellant. Shaeffer & Foster, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Peter E. Murphy and Margaret A. Murphy for use of William W. Murphy, appellees, v. Marquette Park State Bank, appellant. Gen. No. 33,224.

Opinion filed June 26, 1929.

Litsinger, Healy & Reid, for appellant Marquette Park State Bank. No appearance for appellees.

Mr. Justice Holdom delivered the opinion of the court.

Alex Nory, plaintiff in error, v. Peter Nickias et al., defendants in error. Gen. No. 33,260.

Opinion filed June 26, 1929.

Mort D. & Frank Goldberg, for plaintiff in error; Mort D. Goldberg, of counsel. Kamfner, Horwitz, Halligan & Daniels, for defendants in error; Edwin A. Halligan, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Mayme Hildebrandt, formerly Mayme Saurin, appellee, v. City of Chicago, appellant. Gen. No. 33,302.

Opinion filed June 26, 1929.

Samuel A. Ettelson, Corporation Counsel and William D. Saltiel, City Attorney, for appellant; Abraham E. Golan, Wilbert M. Foley, Assistant City Attorneys, E. Marshall Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. William Gillespie, for appellee.

Mr. Justice Holdom delivered the opinion of the court.